JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JANE DOE, | Case No.  CV 25-11426-GW-ASx |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| ALARIC JACKSON, | |
| Defendant. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 10, 2026



_____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE